# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Willie Harmon                                                                           Cr.: 96-00413-004
                                                                                                                                  PACTS #: 15062

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN C. LIFLAND
                                                              SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/08/1997

Original Offense: Conspiracy To Distribute Narcotics; Conspiracy To Possess With Intent To Distribute Narcotics

Original Sentence: Imprisonment - 188 months; Supervised Release – 6 years

Special Conditions: Substance Abuse Testing, Special Assessment, Fine, Drug Treatment

Type of Supervision: Supervised Release                             Date Supervision Commenced: 11/18/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states, **'The defendant shall not commit another federal, state, or local crime.'** |
| | On July 30, 2017, the offender was arrested by the Atlantic City Police Department for Simple Assault 2C:12-1A (1). Specifically, the offender attempted to cause bodily injury to S.D., by striking her with a closed fist to the face and dragging her person out of a vehicle. He was released the same evening and given a court date of August 8, 2017. This is a disorderly person's offense. It should be noted that the offender was arrested under the name Azali F. Cush, which is one of his alias's and is also the reason the undersigned officer was not alerted of the arrest. |
| 2 | The offender has violated the standard supervision condition which states, **'The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.'** |
| | The offender has failed to submit his Monthly Supervision Reports in a timely manner. He has not submitted a report since January 2017, and additionally, he has failed to submit reports in the past on a monthly basis as required. |

U.S. Probation Officer Action:

The offender's supervision commenced in 2012, and since then he has mainly been in compliance with his conditions of supervision. His urine screens have been negative for illicit substances, he has satisfied his special assessment fee and fine, and he has maintained employment throughout his term. Seemingly, the offender has not had any new criminal charges or negative police contact throughout his term. However, it is alarming that the offender is providing an alias to law enforcement when charged with a new offense, and it causes the undersigned officer to question his motives for continuing to align himself with a name that found him on federal supervision originally.

Based upon the offender's overall positive adjustment and nearly 5 years of supervision incident free, we are not recommending any Court action at this time. Rather, we will maintain regular contact with the offender and monitor the pending charge against him. We will update the Court accordingly as to the outcome of the pending matter.

Respectfully submitted,

By: Bethany Crede
U.S. Probation Officer
Date: 08/03/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

August 17, 2017
Date